IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY W. TOWNLEY,

      Plaintiff,                              No. CIV S-11-0978 EFB P

  vs.

UNKNOWN,

      Defendant.                         ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.

      A civil action, other than one based on diversity jurisdiction, must be brought in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

      Here, the claim arose in Monterey, California which is in the Northern District of California. 28 U.S.C. § 84.  Therefore, in the interest of justice, this action is transferred to

////

1

1 | the United States District Court for the Northern District of California.  *See* 28 U.S.C. § 1404(a);
2 | *Starnes v. McGuire*, 512 F.2d 918, 932 (D.C. Cir. 1974).
3 |     So ordered.
4 | DATED: April 18, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE